# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| KWADWO OKYERE, | : | CIVIL NO. 1:18-CV-178 |
|---|---|---|
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| WARDEN CLAIR DOLL, | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 1st day of June, 2018, upon consideration of the petition for writ of habeas corpus, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus (Doc. 1) is GRANTED in part to the extent that Okyere will be afforded an individualized bond hearing.

2. An immigration judge shall afford Okyere an individualized bond hearing within thirty (30) days of the date of this order.

3. At the bond hearing, the immigration judge must make an individualized inquiry into whether detention is still necessary to fulfill the purposes of ensuring that Okyere attends removal proceedings and that his release will not pose a danger to the community. Chavez-Alvarez v. Warden York Cnty. Prison, 783 F.3d 469, 475 (3d Cir. 2015). At this hearing, the Government bears the burden of presenting evidence and proving that continued detention is necessary to fulfill the purposes of the detention statute. Diop v. ICE/Homeland Sec., 656 F.3d 221, 233 (3d Cir. 2011).

4. Within ten (10) days of the immigration judge's hearing, respondent shall report to the district court on the outcome of the individualized bond hearing.

5. The Clerk of Court is directed to CLOSE this case.

                /S/ CHRISTOPHER C. CONNER
                Christopher C. Conner, Chief Judge
                United States District Court
                Middle District of Pennsylvania