# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KWADWO OKYERE,** | : | **CIVIL NO. 1:18-CV-178** |
| | : | |
| Petitioner | : | (Chief Judge Conner) |
| | : | |
| v. | : | |
| | : | |
| **WARDEN CLAIR DOLL,** | : | |
| | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 18th day of June, 2018, upon consideration of respondent's motion (Doc. 14) to stay the court's order dated June 1, 2018 (Doc. 11), wherein the court directed an immigration judge to conduct a bond hearing within thirty days of the date of the order, it is hereby ORDERED that:

1. The motion (Doc. 14) to stay is GRANTED.

2. The court's order of June 1, 2018 (Doc. 11) directing an immigration judge to afford petitioner an individualized bond hearing within thirty days of the date of the order is STAYED pending further order of court.

          /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania