# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KWADWO OKYERE**, | : | **CIVIL NO. 1:18-CV-178** |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **WARDEN CLAIR DOLL**, | : | |
| Respondent | : | |

## **ORDER**

AND NOW, this 26th day of July, 2018, upon consideration of respondent's motion (Doc. 16) for reconsideration, and for the reasons set forth in the court's memorandum of the same date, it is hereby ORDERED that:

1. The motion (Doc. 16) is GRANTED.

2. The Clerk of Court is directed to VACATE the order dated June 1, 2018. (Doc. 11).

3. The petition for writ of habeas corpus (Doc. 1) is DENIED.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania